# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VANG,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:26-cv-06955-KES-EGC<br><br>**FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>(Docs. 7, 10) |

Plaintiff David Vang is proceeding *pro se* and *in forma pauperis* in this action filed on August 31, 2026. (Docs. 1, 6).

On September 25, 2026, the Court issued a screening order finding that Plaintiff's complaint failed to state any cognizable claims and gave Plaintiff three options as to how to proceed. (Doc. 7). Within thirty (30) days, Plaintiff was to either (1) file an amended complaint, (2) notify the Court that they wished to stand on their complaint, or (3) file a notice of voluntary dismissal. (*Id.* at 11). That screening order was served on Plaintiff by mail that same day. (*See* Docket).

After failing to timely respond, the undersigned issued an order to show cause ("OSC") regarding why Plaintiff failed to obey the undersigned's screening order. (Doc. 8). In response to the OSC, the Plaintiff responded indicating that they wished to stand on their complaint. (Doc. 9).

Therefore, for the reasons explained in the undersigned's screening order, (Doc. 7), it is hereby RECOMMENDED that Plaintiff's complaint be dismissed for failure to state a claim.

Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within **fourteen (14) days** after being served with these Findings and Recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Objections, if any, shall not exceed fifteen (15) pages. Any pages filed in excess of the 15-page limit may not be considered. Exhibits shall not be filed with objections, but they may be referenced by the document and page number. No new exhibits may be filed with objections. The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

The Court **DIRECTS** the Clerk of Court to send a copy of this Order to Plaintiff at their address as listed on the docket for this matter.

IT IS SO ORDERED.

Dated: **October 29, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE